# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Donna Spalla,
    Plaintiff,

 v.                                                            CASE NO.: 1:22-cv-2787
Transunion, LLC,
Capital One Bank (USA), N.A.,
    Defendant.
_____/

## NOTICE OF SETTLEMENT AS TO CAPITAL ONE BANK (USA), N.A.

Notice is hereby given that the Plaintiff and the Defendant, Capital One Bank (USA), N.A., have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 30th day of November 2022

                                                                               */s/Yaakov Saks*
                                                                               Yaakov Saks, Esq.
                                                                               **Stein Saks, PLLC**
                                                                               One University Plaza
                                                                               Hackensack, NJ 07601
                                                                               Phone: 201-282-6500
                                                                               ysaks@steinsakslegal.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 1, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Yaakov Saks*
                                          Yaakov Saks, Esq.